UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DAWNE E. ERA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 11-455M |
| | : | |
| MORTON COMMUNITY BANK; | : | |
| BANK OF AMERICA, NA; and | : | |
| E*TRADE BANK, | : | |
| | : | |
| Defendants. | : | |

## JOINDER OF DEFENDANT MORTON COMMUNITY BANK IN E*TRADE BANK'S MOTION TO DISMISS

Defendant Morton Community Bank hereby joins in and adopts the arguments set forth in the *Memorandum in Support of Motion to Dismiss for Plaintiff's Failure to Join a Required Party and Failure to State a Claim Upon Which Relief May be Granted* filed in this case by defendant E*trade Bank on July 26, 2013 [Docket #15].

/s/ Joseph A. Farside, Jr.
Joseph A. Farside, Jr. (#7559)
EDWARDS WILDMAN PALMER LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)
jfarside@edwardswildman.com

August 9, 2013

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 9th day of August, 2013, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants.

/s/ Joseph A. Farside, Jr.

AM 23129737.1